1

2  Ben F. Pierce Gore (SBN 128515)
   PRATT & ASSOCIATES
3  1901 S. Bascom Avenue, Suite 350
   Campbell, CA 95008
4  Telephone: (408) 429-6506
   Fax: (408) 369-0752
5  pgore@prattattorneys.com

6  *Attorney for Plaintiff*

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **OAKLAND DIVISION**

11

12 | LEVI JONES, individually and on behalf of all others similarly situated, | CASE NO.: C 12-1633 CRB |
13 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
14 | v. | |
15 | CONAGRA FOODS, INC., | |
16 | Defendant. | The Honorable Charles R. Breyer |

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1  WHEREAS the Court set a Case Management Conference in the above-referenced case
2  for Friday, July 20, 2012 at 8:30 a.m.;

3  WHEREAS Plaintiff's counsel has a scheduling conflict with that date;

4  WHEREAS the Court is available on Friday, August 10, 2012, at 8:30 a.m.;

5  IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant,
6  through their respective counsel, that the Case Management Conference will now be held on
7  Friday, August 10, 2012, at 8:30 a.m. before the Honorable Charles R. Breyer, in Courtroom 6,
8  on the 17th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

10  IT IS SO STIPULATED.

12  Dated: April 24, 2012

By:   /s/ Pierce Gore
Ben F. Pierce Gore
Attorney for Plaintiff

Dated: April 24, 2012

By:   /s/ Robert B. Hawk
Robert B. Hawk
Attorney for Defendant
CONAGRA FOODS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:   ~~April~~ May 01, 2012

_____
U.S District Judge, Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE