| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
|  | HOGAN LOVELLS US LLP |
| 2 | 525 University Avenue, 4th Floor |
|  | Palo Alto, California 94301 |
| 3 | Telephone: + 1 (650) 463-4000 |
|  | Facsimile: + 1 (650) 463-4199 |
| 4 | robert.hawk@hoganlovells.com |
| 5 | Douglas M. Schwab (Bar No. 43083) |
|  | Benjamin T. Diggs (Bar No. 245904) |
| 6 | HOGAN LOVELLS US LLP |
|  | 4 Embarcadero Ctr., 22nd Floor |
| 7 | San Francisco, California 94111 |
|  | Telephone: + 1 (415) 374-2301 |
| 8 | Facsimile: + 1 (415) 374-2499 |
|  | douglas.schwab@hoganlovells.com |
| 9 | benjamin.diggs@hoganlovells.com |
| 10 | Attorneys for Defendant |
|  | CONAGRA FOODS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI JONES, individually and on behalf of all others similarly situated, | Case No. 12-cv-1633-CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT** |
| v. |  |
| CONAGRA FOODS, INC., |  |
| Defendant. |  |

1    WHEREAS on April 2, 2012, plaintiff Levi Jones ("Plaintiff") filed a Class Action and
2    Representative Action Complaint for Damages, Equitable and Injunctive Relief ("Complaint")
3    against defendant ConAgra Foods, Inc. ("ConAgra"); and
4    WHEREAS, pursuant to the parties' stipulation extending ConAgra's deadline to respond
5    to the Complaint, ConAgra's response to the Complaint is due on or before June 11, 2012; and
6    WHEREAS, ConAgra has determined that it will file a Motion to Dismiss in response to
7    the Complaint and has done substantial work on a draft of that Motion and supporting
8    memorandum;
9    WHEREAS, because of the length and nature of the Complaint (210 paragraphs, 43 pages
10   plus exhibits, asserting nine separate legal claims concerning three separate ConAgra product
11   lines), ConAgra has concluded that it will need an additional 10 pages for its Motion to Dismiss
12   in order to fairly raise the issues in response that it believes should be raised; and
13   WHEREAS, Plaintiff does not oppose an extension of the page limit for the memorandum
14   in support of Defendant's Motion to Dismiss to 25 pages;
15   WHEREAS, Defendant does not oppose a corresponding extension of the page limit for
16   Plaintiff's Opposition memorandum to Defendant's Motion to Dismiss to 25 pages;
17   IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their
18   respective counsel of record, that, subject to the Court's approval, the page limits for the briefing
19   on Defendant's anticipated Motion to Dismiss should be as follows:
20   (a) Defendant's Motion to Dismiss memorandum shall not exceed 25 pages; and
21   (b) Plaintiff's Opposition memorandum to Defendant's Motion to Dismiss shall not
22   exceed 25 pages.
23
24   IT IS SO STIPULATED.
25   Dated:  June 4, 2012                                HOGAN LOVELLS US LLP
26
27                                                       By:     */s/ Robert B. Hawk*
                                                                 Robert B. Hawk
28                                                               Attorneys for Defendant
                                                                 CONAGRA FOODS, INC.

1

STIPULATION AND ORDER EXTENDING PAGE LIMIT;
CASE NO. 12-cv-1633-CRB

Dated: June 4, 2012                    PRATT & ASSOCIATES

                                       By:   */s/ Ben F. Pierce Gore*
                                             Ben F. Pierce Gore
                                             Attorneys for Plaintiff
                                             LEVI JONES

## ORDER

PURSUANT TO STIPULATION, and good cause appearing, the page limits for the briefing on Defendant's anticipated Motion to Dismiss will be as follows:

(a) Defendant's Motion to Dismiss shall not exceed 25 pages; and

(b) Plaintiff's Opposition to Defendant's Motion to Dismiss shall not exceed 25 pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 7__, 2012                _____
                                       Honorable Charles R. Breyer
                                       UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*

I, Robert B. Hawk, attest that Ben F. Pierce Gore has read and approved the Stipulation and [Proposed] Order Extending Page Limit For Defendants' Motion To Dismiss Class Action Complaint and consents to its filing in this action.