Robert B. Hawk (Bar No. 118054)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com

Douglas M. Schwab (Bar No. 43083)
Benjamin T. Diggs (Bar No. 245904)
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., 22nd Floor
San Francisco, California 94111
Telephone: + 1 (415) 374-2301
Facsimile: + 1 (415) 374-2499
douglas.schwab@hoganlovells.com
benjamin.diggs@hoganlovells.com

Attorneys for Defendant
CONAGRA FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No. 12-cv-1633-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMIT FOR DEFENDANTS' MOTION TO DISMISS CLASS ACTION COMPLAINT** |

1   WHEREAS on April 2, 2012, plaintiff Levi Jones ("Plaintiff") filed a Class Action and
2   Representative Action Complaint for Damages, Equitable and Injunctive Relief ("Complaint")
3   against defendant ConAgra Foods, Inc. ("ConAgra"); and

4   WHEREAS, pursuant to the parties' stipulation extending ConAgra's deadline to respond
5   to the Complaint, ConAgra's response to the Complaint is due on or before June 11, 2012; and

6   WHEREAS, ConAgra has determined that it will file a Motion to Dismiss in response to
7   the Complaint and has done substantial work on a draft of that Motion and supporting
8   memorandum;

9   WHEREAS, because of the length and nature of the Complaint (210 paragraphs, 43 pages
10  plus exhibits, asserting nine separate legal claims concerning three separate ConAgra product
11  lines), ConAgra has concluded that it will need an additional 10 pages for its Motion to Dismiss
12  in order to fairly raise the issues in response that it believes should be raised; and

13  WHEREAS, Plaintiff does not oppose an extension of the page limit for the memorandum
14  in support of Defendant's Motion to Dismiss to 25 pages;

15  WHEREAS, Defendant does not oppose a corresponding extension of the page limit for
16  Plaintiff's Opposition memorandum to Defendant's Motion to Dismiss to 25 pages;

17  IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their
18  respective counsel of record, that, subject to the Court's approval, the page limits for the briefing
19  on Defendant's anticipated Motion to Dismiss should be as follows:

20  (a) Defendant's Motion to Dismiss memorandum shall not exceed 25 pages; and
21  (b) Plaintiff's Opposition memorandum to Defendant's Motion to Dismiss shall not
22  exceed 25 pages.

23

24  IT IS SO STIPULATED.

25  Dated: June 4, 2012                          HOGAN LOVELLS US LLP

26                                              By:    */s/ Robert B. Hawk*
27                                                     Robert B. Hawk
                                                       Attorneys for Defendant
28                                                     CONAGRA FOODS, INC.

Dated: June 4, 2012                                PRATT & ASSOCIATES

                                                   By:   */s/ Ben F. Pierce Gore*
                                                         Ben F. Pierce Gore
                                                         Attorneys for Plaintiff
                                                         LEVI JONES

### ORDER

PURSUANT TO STIPULATION, and good cause appearing, the page limits for the briefing on Defendant's anticipated Motion to Dismiss will be as follows:

(a) Defendant's Motion to Dismiss shall not exceed 25 pages; and

(b) Plaintiff's Opposition to Defendant's Motion to Dismiss shall not exceed 25 pages.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _June 11_ , 2012                          _____
                                                 Honorable
                                                 UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; Stamp: IT IS SO ORDERED, Judge Charles R. Breyer]*

I, Robert B. Hawk, attest that Ben F. Pierce Gore has read and approved the Stipulation and [Proposed] Order Extending Page Limit For Defendants' Motion To Dismiss Class Action Complaint and consents to its filing in this action.