Robert B. Hawk (Bar No. 118054)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com

Douglas M. Schwab (Bar No. 43083))
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., 22nd Floor
San Francisco, California 94111
Telephone: + 1 (415) 374-2301
Facsimile: + 1 (415) 374-2499
douglas.schwab@hoganlovells.com

Robin Wechkin (pro hac vice app. pending)
HOGAN LOVELLS US LLP
8426 316th Pl. SE
Issaquah, Washington 98027
Telephone: +1 (425) 222-0595
robin.wechkin@hoganlovells.com

Attorneys for Defendant
CONAGRA FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No. 12-cv-1633-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Date: August 10, 2012<br>Time: 10:00 a.m.<br>Courtroom: 8, 19th Floor<br><br>The Hon. Charles R. Breyer |

Plaintiff Levi Jones ("Plaintiff") and Defendant ConAgra Foods, Inc. ("Defendant" or "ConAgra"), by and through their respective counsel of record, enter into the following stipulation, based on the recitals below:

1. On April 2, 2012, Plaintiff filed a Class Action and Representative Action Complaint for Damages, Equitable and Injunctive Relief ("Complaint");

2. The parties filed a Stipulation re Extension of Time to Respond to Complaint, extending the deadline to June 11, 2012;

3. On June 11, 2012, ConAgra filed its Motion to Dismiss the Complaint, noticing the motion for hearing on August 10, 2012, the same day as the initial Case Management Conference is calendared

4. In order to permit themselves more time to brief the issues raised by ConAgra's Motion to Dismiss and to accommodate counsel's calendars, the parties have agreed, subject to Court approval, to a briefing schedule in connection with the Motion to Dismiss whereby the deadline for each party's filing is altered from the deadline that would otherwise be required by the Local Rules;

5. The proposed briefing schedule is sought in good faith and not for purposes of delay;

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that:

1. Plaintiffs' Opposition papers to Defendant's Motion to Dismiss shall be filed no later than July 6, 2012; and

2. Defendant's Reply papers shall be filed no later than July 20, 2012.

**IT IS SO STIPULATED.**

Dated: June 12, 2012					HOGAN LOVELLS US LLP

							By:	_/s/ Robert B. Hawk_
								Robert B. Hawk
								Attorneys for Defendant
								CONAGRA FOODS, INC.

1
STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE;
CASE NO. 12-CV-1633-CRB

Dated: June 12 , 2012          PRATT & ASSOCIATES

                                                        By:    */s/ Ben F. Pierce Gore*
                                                                    Ben F. Pierce Gore
                                                                    Attorneys for Plaintiff
                                                                    LEVI JONES

## ORDER

PURSUANT TO STIPULATION, and good cause appearing, the due dates for the briefing on Defendant's Motion to Dismiss, noticed for hearing on August 10, 2012, are:

1. Plaintiffs' Opposition papers shall be filed no later than July 6, 2012;

2. Defendant's Reply papers shall be filed no later than July 20, 2012.

IT IS SO ORDERED.

Dated: ___June 18__, 2012          _____
                                                       Honorable Charles R. Breyer
                                                       UNITED STATES