1  Robert B. Hawk (Bar No. 118054)
   HOGAN LOVELLS US LLP
2  525 University Avenue, 4th Floor
   Palo Alto, California 94301
3  Telephone: + 1 (650) 463-4000
   Facsimile: + 1 (650) 463-4199
4  robert.hawk@hoganlovells.com

5  Douglas M. Schwab (Bar No. 43083))
   HOGAN LOVELLS US LLP
6  4 Embarcadero Ctr., 22nd Floor
   San Francisco, California 94111
7  Telephone: + 1 (415) 374-2301
   Facsimile: + 1 (415) 374-2499
8  douglas.schwab@hoganlovells.com

9  Robin Wechkin (admitted *pro hac vice*)
   HOGAN LOVELLS US LLP
10 8426 316th Pl. SE
   Issaquah, Washington 98027
11 Telephone: +1 (425) 222-0595
   robin.wechkin@hoganlovells.com

12
   Attorneys for Defendant
13 CONAGRA FOODS, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18 | LEVI JONES, CHRISTINE STURGES, and | Case No. 12-cv-1633-CRB |
19 | EDD OZARD, individually and on behalf of all others similarly situated, | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND MODIFYING BRIEFING AND CMC SCHEDULE** |
20 | Plaintiff, | |
21 | v. | |
22 | CONAGRA FOODS, INC., | The Hon. Charles R. Breyer |
23 | Defendant. | |

Plaintiffs and Defendant ConAgra Foods, Inc. ("Defendant" or "ConAgra"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below;

WHEREAS Plaintiff Jones filed a Complaint on April 2, 2012, which was served on ConAgra on April 6, 2012;

WHEREAS, pursuant to a stipulation providing that ConAgra could respond to the Complaint on or before June 11, 2012, ConAgra filed a Motion to Dismiss the Complaint on June 11, 2012;

WHEREAS, rather than responding to ConAgra's Motion to Dismiss, Plaintiff Jones and two additional named plaintiffs (Christine Sturges and Ed Ozard) filed an Amended Class Action and Representative Action Complaint for Damages, Equitable and Injunctive Relief ("Amended Complaint") on July 2, 2012;

WHEREAS, pursuant to Rule 15 of the Federal Rules of Civil Procedure, ConAgra's response to the Amended Complaint would be due on July 16, 2012;

WHEREAS Defendant anticipates that it may file a Motion to Dismiss in response to Plaintiff's Amended Complaint;

WHEREAS ConAgra notes that the Amended Complaint, 75 pages in length and asserting nine causes of action, adds two new named plaintiffs and alleges new factual claims not set forth in the original Complaint;

WHEREAS, in light of calendar commitments of Defendant's counsel, and ConAgra's desire for additional time to assess the new material and claims in the Amended Complaint and potentially to brief a Motion to Dismiss, the parties have stipulated subject to Court approval that ConAgra's deadline to respond to the Amended Complaint shall be August 17, 2012;

WHEREAS, in order to permit themselves more time to brief the issues raised by ConAgra's anticipated Motion to Dismiss, and to accommodate counsel's calendars, the parties have agreed, subject to Court approval, to a briefing schedule in connection with the Motion to Dismiss whereby the deadlines for each party's filing will be as set forth below;

WHEREAS the parties agree that in light of the filing of the Amended Complaint and the

1   stipulated briefing and hearing scheduled, the Case management Conference currently scheduled
2   for August 10, 2012, should be rescheduled to coincide with the date for the anticipated Motion to
3   Dismiss hearing date;
4       WHEREAS the proposed briefing, hearing and CMC schedule is sought in good faith and
5   not for purposes of delay;
6       IT IS HEREBY STIPULATED, by and between the parties through their respective
7   counsel, that

8       1. Defendant shall respond to Plaintiffs' Amended Complaint no later than August 17,
9          2012;
10      2. Plaintiffs Opposition papers to any Motion to Dismiss filed by ConAgra shall be filed
11         no later than September 24, 2012;
12      3. Defendant shall file any Reply papers no later than October 8, 2012;
13      4. If Defendant moves to dismiss the Amended Complaint, it shall notice such motion for
14         hearing on October 26, 2012, or as soon thereafter as the matter may be heard by the
15         Court.
16      5. The initial Case Management Conference shall be held on October 26, 2012 at 10:00
17         AM.

18     **IT IS SO STIPULATED.**
19
20  Dated:  July 6, 2012              HOGAN LOVELLS US LLP
21
22                                 By:   */s/ Robert B. Hawk*
23                                     Robert B. Hawk
                                    Attorneys for Defendant
24                                     CONAGRA FOODS, INC.
25  Dated:  July 6, 2012              PRATT & ASSOCIATES
26                                 By:   */s/ Ben F. Pierce Gore*
27                                     Ben F. Pierce Gore
                                    Attorneys for Plaintiff
28                                     LEVI JONES

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court orders as follows:

1. Defendant shall respond to Plaintiffs' Amended Complaint no later than August 17, 2012;

2. Plaintiffs Opposition papers to any Motion to Dismiss filed by ConAgra shall be filed no later than September 24, 2012;

3. Defendant shall file any Reply papers no later than October 8, 2012;

4. If Defendant moves to dismiss the Amended Complaint, it shall notice such motion for hearing on October 26, 2012 at 10:00 AM, or as soon thereafter as the matter may be heard by the Court.

5. The initial Case Management Conference shall be held on October 26, 2012 at 10:00 AM.

IT IS SO ORDERED.

Dated: ___July 9___, 2012

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

I, Robert B. Hawk, attest that Ben F. Pierce Gore has read and approved the Stipulation And [Proposed] Order Re Extension Of Time To Respond To Amended Complaint And Modifying Briefing and CMC Schedule and consents to its filing in this action.