1  Robert B. Hawk (Bar No. 118054)
   HOGAN LOVELLS US LLP
2  525 University Avenue, 4th Floor
   Palo Alto, California 94301
3  Telephone: + 1 (650) 463-4000
   Facsimile: + 1 (650) 463-4199
4  robert.hawk@hoganlovells.com

5  Douglas M. Schwab (Bar No. 43083))
   HOGAN LOVELLS US LLP
6  4 Embarcadero Ctr., 22nd Floor
   San Francisco, California 94111
7  Telephone: + 1 (415) 374-2301
   Facsimile: + 1 (415) 374-2499
8  douglas.schwab@hoganlovells.com

9
   Robin Wechkin (admitted *pro hac vice*)
10 HOGAN LOVELLS US LLP
   8426 316th Pl. SE
11 Issaquah, Washington 98027
   Telephone: +1 (425) 222-0595
12 robin.wechkin@hoganlovells.com

13 Attorneys for Defendant
   CONAGRA FOODS, INC.
14

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                         SAN FRANCISCO DIVISION
18

19 | LEVI JONES, CHRISTINE STURGES, and | Case No. 12-cv-1633-CRB |
   | EDD OZARD, individually and on behalf of all others similarly situated, | |
20 | | **STIPULATION AND [PROPOSED] ORDER SETTING NEW HEARING DATE FOR MOTION TO DISMISS, PRELIMINARY INJUNCTION MOTION, AND CASE MANAGEMENT CONFERENCE; MODIFYING BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION MOTION** |
21 | Plaintiffs, | |
22 | v. | |
23 | CONAGRA FOODS, INC., | |
24 | Defendant. | |
25 | | The Hon. Charles R. Breyer |

26
27
28

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
CASE NO. 12-cv-1633-CRB

1  Plaintiffs and Defendant ConAgra Foods, Inc. ("Defendant" or "ConAgra"), by and
2  through their respective counsel of record, enter into the following stipulation, based upon the
3  recitals below:
4  WHEREAS Plaintiff Jones filed a Complaint on April 2, 2012, which was served on
5  ConAgra on April 6, 2012;
6  WHEREAS, Plaintiff Jones and two additional named plaintiffs (Christine Sturges and Ed
7  Ozard) filed an Amended Class Action and Representative Action Complaint for Damages,
8  Equitable and Injunctive Relief ("Amended Complaint") on July 2, 2012;
9  WHEREAS, in accordance with a schedule set by stipulation and Court order, ConAgra
10 filed a Motion to Dismiss the Amended Complaint on August 17, 2012;
11 WHEREAS, pursuant to stipulation, on July 9, 2012, the Court approved a briefing
12 schedule in connection with the Motion to Dismiss and rescheduled the initial Case Management
13 Conference to coincide with the date for the anticipated Motion to Dismiss hearing date of
14 October 26, 2012;
15 WHEREAS, Plaintiffs filed a Motion for Preliminary Injunction on August 18, 2012, with
16 a scheduled hearing date of October 26, 2012, coinciding with the scheduled hearing on
17 ConAgra's Motion to Dismiss and the initial Case Management Conference;
18 WHEREAS, in order to permit themselves additional time to brief the issues raised by
19 Plaintiffs' Motion for Preliminary Injunction and to provide the Court with additional time to
20 consider the parties' briefing after submission, and in part to accommodate counsel's vacation
21 schedules, the parties have agreed, subject to Court approval, to a November 9, 2012 hearing date
22 for Defendant's Motion to Dismiss and for Plaintiffs' Motion for Preliminary Injunction, and to a
23 briefing schedule for the Preliminary Injunction Motion, as set forth below;
24  1. The hearing on Defendant's Motion to Dismiss and Plaintiffs' Motion for Preliminary
25     Injunction and the initial case management conference shall be on November 9, 2012
26     at 10 AM.
27  2. Defendant shall file its opposition papers in response to Plaintiffs' Motion for
28     Preliminary Injunction no later than September 28, 2012; and

3. Plaintiffs shall file any Reply papers in support of its Motion for Preliminary Injunction no later than October 19, 2012.

**IT IS SO STIPULATED.**

Dated: August 23, 2012                HOGAN LOVELLS US LLP

                                 By:    */s/ Robert B. Hawk*
                                          Robert B. Hawk
                                          Attorneys for Defendant
                                          CONAGRA FOODS, INC.

Dated: August 23, 2012                PRATT & ASSOCIATES

                                 By:    */s/ Ben F. Pierce Gore*
                                          Ben F. Pierce Gore
                                          Attorneys for Plaintiff
                                          LEVI JONES

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court orders as follows:

1. The hearing on Defendant's Motion to Dismiss and on Plaintiffs' Motion for Preliminary Injunction and the initial case management conference shall be on November 9, 2012 at 10 AM.

2. Defendant shall file its opposition papers in response to Plaintiffs' Motion for Preliminary Injunction no later than September 28, 2012.

3. Plaintiffs shall file any Reply papers in support of its Motion for Preliminary Injunction no later than October 19, 2012.

IT IS SO ORDERED.

Dated: August 28, 2012

Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

I, Robert B. Hawk, attest that Ben F. Pierce Gore has read and approved the Stipulation And [Proposed] Order Modifying Briefing Schedule and consents to its filing in this action.