Robert B. Hawk (Bar No. 118054)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com

Douglas M. Schwab (Bar No. 43083))
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., 22nd Floor
San Francisco, California 94111
Telephone: + 1 (415) 374-2301
Facsimile: + 1 (415) 374-2499
douglas.schwab@hoganlovells.com

Robin Wechkin (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
8426 316th Pl. SE
Issaquah, Washington 98027
Telephone: +1 (425) 222-0595
robin.wechkin@hoganlovells.com

Attorneys for Defendant
CONAGRA FOODS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI JONES, CHRISTINE STURGES, and EDD OZARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No. 12-cv-1633-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING NEW HEARING DATE FOR MOTION TO DISMISS**<br><br>The Hon. Charles R. Breyer |

Plaintiffs and Defendant ConAgra Foods, Inc. ("Defendant" or "ConAgra"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. In accordance with a schedule set by stipulation and Court order, ConAgra filed a Motion to Dismiss the Amended Complaint on August 17, 2012;
2. Pursuant to stipulation, on August 29, 2012, the Court ordered that the Motion to Dismiss hearing and Initial Case Management Conference go forward on November 9, 2012;
3. On November 7, 2012, the Court continued the Motion to Dismiss hearing date and Initial Case Management Conference to November 16, 2012 at 10:00 AM;
4. Counsel for Defendant has a conflicting court appearance on November 16, 2012;
5. Counsel for the parties have conferred and agreed to jointly request that the Court reschedule the Motion To Dismiss hearing and Initial Case Management Conference to accommodate Defendant's counsel conflict;
6. The parties have agreed, subject to Court approval, to reschedule the hearing date for the Motion to Dismiss and Initial Case Management Conference to either December 7, 2012 or December 14, 2012 – whichever is most convenient for the Court.

**IT IS SO STIPULATED.**

Dated: November 12, 2012                              HOGAN LOVELLS US LLP

                                        By:    /s/ Robert B. Hawk
                                               Robert B. Hawk
                                               Attorneys for Defendant
                                               CONAGRA FOODS, INC.

1
STIPULATION AND [PROPOSED] ORDER SETTING NEW HEARING DATE;
CASE NO. 12-cv-1633-CRB

|   |   |
|---|---|
| Dated: November 12, 2012 | PRATT & ASSOCIATES |
|   | By: */s/ Ben F. Pierce Gore* <br> Ben F. Pierce Gore <br> Attorneys for Plaintiff <br> LEVI JONES |

## ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Court orders the hearing on Defendant's Motion to Dismiss and Initial Case Management conference shall be on December 14, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 13, 2012

IT IS SO ORDERED
Judge Charles R. Breyer

I, Robert B. Hawk, attest that Ben F. Pierce Gore has read and approved the Stipulation And [Proposed] Order Setting New Hearing Date For Motion To Dismiss and consents to its filing in this action.