1   Robert B. Hawk (Bar No. 118054)
    HOGAN LOVELLS US LLP
2   525 University Avenue, 4th Floor
    Palo Alto, California 94301
3   Telephone: + 1 (650) 463-4000
    Facsimile: + 1 (650) 463-4199
4   robert.hawk@hoganlovells.com

5   Douglas M. Schwab (Bar No. 43083))
    HOGAN LOVELLS US LLP
6   4 Embarcadero Ctr., 22nd Floor
    San Francisco, California 94111
7   Telephone: + 1 (415) 374-2301
    Facsimile: + 1 (415) 374-2499
8   douglas.schwab@hoganlovells.com

9
    Robin Wechkin (admitted *pro hac vice*)
10  HOGAN LOVELLS US LLP
    8426 316th Pl. SE
11  Issaquah, Washington 98027
    Telephone: +1 (425) 222-0595
12  robin.wechkin@hoganlovells.com

13  Attorneys for Defendant
    CONAGRA FOODS, INC.

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18

19  LEVI JONES, CHRISTINE STURGES,        Case No. 12-cv-1633-CRB
    and EDD OZARD, individually and on
20  behalf of all others similarly situated,   **STIPULATION AND
                                                [PROPOSED] ORDER SETTING**
21              Plaintiffs,                  **DATE FOR RESPONSE TO
                                             SECOND AMENDED
22       v.                                  COMPLAINT**

23  CONAGRA FOODS, INC.,                    The Hon. Charles R. Breyer

24              Defendant.

25

26

27

28

1    Plaintiffs and Defendant ConAgra Foods, Inc. ("Defendant" or "ConAgra"),

2    by and through their respective counsel of record, enter into the following

3    stipulation, based upon the recitals below:

4       1. On December 17, 2012, the Court entered its Order Granting In Part

5          Motion to Dismiss;

6       2. That Order provides that "any amended complaint in this action shall be

7          filed within thirty (30) days of this Order;"

8       3. Plaintiffs intend to file a Second Amended Complaint within the thirty

9          day period specified by the Court ;

10      4. The parties accordingly have agreed that Defendant should not be

11         required to respond further to the First Amended Complaint, and should

12         have twenty (20) days following the filing of the Second Amended

13         Complaint to file a response to that complaint;

14

15   **IT IS SO STIPULATED.**

16

17   Dated: December 19, 2012                     HOGAN LOVELLS US LLP

18                                     By:   */s/ Robert B. Hawk*
                                             Robert B. Hawk
19                                           Attorneys for Defendant
20                                           CONAGRA FOODS, INC.

21

22   Dated: December 19, 2012                     PRATT & ASSOCIATES

23

24                                     By:   */s/ Ben F. Pierce Gore*
                                             Ben F. Pierce Gore
25                                           Attorneys for Plaintiff
                                             LEVI JONES
26

27

28

1

## **ORDER**

2

3      PURSUANT TO STIPULATION and good cause appearing, the Court

4  orders that Defendant's further response to the complaint in this action shall be due

5  twenty (20) days following Plaintiffs' filing of a Second Amended Complaint.

6

7  IT IS SO ORDERED.

8

9  Dated:  <u>December 20</u>, 2012

10                                          Breyer



11                                          CT COURT

12

13

14

15

16

17

18      I, Robert B. Hawk, attest that Ben F. Pierce Gore has approved, and

19  consented to his signature appearing on, this Stipulation And [Proposed] Order

   Setting Date For Response To Second Amended Complaint.

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING RESPONSE DATE;
CASE NO. 12-cv-1633-CRB

CASE NO. 12-CV-1633-CRB