Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda
Suite 425
San Jose, CA  95126
Telephone: (408) 369-0800
pgore@prattattorneys.com

(Co-counsel listed on signature page)

Attorneys for Plaintiffs

Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
robert.hawk@hoganlovells.com
stacy.hovan@hoganlovells.com

(Co-counsel listed on signature page)

Attorneys for Defendant
CONAGRA FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI JONES, CHRISTINE STURGES and EDD OZARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No.  12-CV-1633 CRB<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING**<br><br>Judge:  The Hon. Charles R. Breyer |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION REGARDING SCHEDULING; CASE NO.  12-CV-1633-CRB

Pursuant to the Court's instruction at the April 12, 2013 case management conference, the parties, Levi Jones, Christine Sturges, and Edd Ozard ("Plaintiffs") and ConAgra Foods, Inc. ("ConAgra") have agreed to the following schedule, which incorporates the case management conference date, pretrial conference date, and trial date set by the Court:

CLASS CERTIFICATION:

| | |
|---|---|
| Motion for Class Certification: | July 8, 2013 |
| Opposition to Motion for Class Certification: | September 9, 2013 |
| Deadline to Complete Mediation: | September 20, 2013 |
| Reply in Support of Motion for Class Certification: | September 23, 2013 |
| Hearing on Motion for Class Certification: | October 18, 2013 |
| FACT DISCOVERY CUTOFF: | November 15, 2013 |
| CASE MANAGEMENT CONFERENCE: | December 13, 2013 |

EXPERT DISCOVERY:

| | |
|---|---|
| Plaintiff's Expert Disclosures and Reports: | November 15, 2013 |
| Defendant's Expert Disclosures and Reports: | December 13, 2013 |
| Rebuttal Reports: | January 10, 2014 |
| Expert Discovery Cut-off: | February 14, 2014 |

DISPOSITIVE MOTIONS:

| | |
|---|---|
| Deadline to file Dispositive Motions | February 21, 2014 |
| Opposition to Dispositive Motions | March 21, 2014 |
| Reply in Support of Dispositive Motions | April 4, 2014 |
| Hearing on Dispositive Motions | April 25, 2014 |
| PRETRIAL CONFERENCE DATE: | May 27, 2014 |
| TRIAL DATE: | June 2, 2014 |

TRIAL LENGTH is estimated to be 8-14 days.

| | | |
|---|---|---|
| 1 | Dated: April 24, 2013 | HOGAN LOVELLS US LLP |
| 2 | | |
| 3 | | By: */s/ Robert B. Hawk* |
| 4 | | Robert B. Hawk |
| 5 | | Douglas M. Schwab (Bar No. 43083)<br>HOGAN LOVELLS US LLP<br>3 Embarcadero Center, 15th Floor |
| 6 | | San Francisco, California 94111<br>Telephone: (415) 374-2300 |
| 7 | | Facsimile: (415) 374-2499<br>douglas.schwab@hoganlovells.com |
| 8 | | |
| 9 | | Robin Wechkin (admitted *pro hac vice*)<br>HOGAN LOVELLS US LLP |
| 10 | | 8426 316th Place SE<br>Issaquah, Washington 98027<br>Telephone: (425) 222-0595 |
| 11 | | robin.wechkin@hoganlovells.com |
| 12 | | Attorneys for Defendant ConAgra Foods, Inc. |
| 13 | | |
| 14 | Dated: April 24, 2013 | PRATT & ASSOCIATES |
| 15 | | |
| 16 | | By: */s/ David Shelton* |
| | | David Shelton |
| 17 | | |
| 18 | | David Shelton<br>Attorney at Law<br>1223 Jackson Avenue East, Suite 202 |
| 19 | | Oxford, MS 38655<br>Telephone: (662) 281-1212 |
| 20 | | Fax: (662) 281-1312<br>david@davidsheltonpllc.com |
| 21 | | Attorneys for Plaintiffs |

**L.R. 5-1(i)(3) ECF Attestation**

I, Robert B. Hawk, am the ECF user whose ID and password are being used to file the following: **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING**. In compliance with L.R. 5-1(i)(3), I hereby attest that David Shelton has concurred in this filing.

*/s/ Robert B. Hawk*
Robert B. Hawk

1

2 **ORDER**

3 Pursuant to the Stipulation above, IT IS SO ORDERED.

4

5 Dated: April 25, 2013



JUDGE CHARLES R. BREYER