1  
2  Ben F. Pierce Gore (SBN 128515)  
   PRATT & ASSOCIATES  
3  1871 The Alameda, Suite 425  
   San Jose, CA  95126  
4  Telephone:  (408) 429-6506  
   Fax:  (408) 369-0752  
5  pgore@prattattorneys.com  

6  *Attorney for Plaintiffs*

7  

8                          **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11  

| | |
|---|---|
| LEVI JONES, CHRISTINE STURGES and EDD OZARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | CASE NO.: C 12-1633 CRB<br><br>**JOINT STIPULATION RE BRIEFING SCHEDULE ON PLAINTIFF EDD OZARD'S MOTION TO DISMISS CLAIMS WITH PREJUDICE; [PROPOSED] ORDER**<br><br>The Honorable Charles R. Breyer |

JOINT STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFF EDD OZARD'S MOTION TO DISMISS CLAIMS WITH PREJUDICE; [PROPOSED] ORDER

1  WHEREAS Plaintiff Edd Ozard filed a Motion to Dismiss Claims With Prejudice on May 20, 2013 (Dkt. 105), which is scheduled for hearing on July 19, 2013;

WHEREAS under Local Rule 7-3(c), Plaintiff's reply brief in support of his Motion is due on June 10, 2013;

WHEREAS Plaintiff's counsel needs one additional week to prepare Plaintiff's reply brief;

WHEREAS this extension will not alter any date set by the Court;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel, that the deadline for Plaintiff's reply brief shall be extended to June 17, 2013.

IT IS SO STIPULATED.

Dated: June 7, 2013

By:      /s/ Pierce Gore    
Ben F. Pierce Gore
Attorney for Plaintiffs

Dated: June 7, 2013

By:      /s/ Robert B. Hawk    
Robert B. Hawk
Attorney for Defendant
CONAGRA FOODS, INC.

**ORDER**

Pursuant to Stipulation, and good cause appearing therefor, IT IS SO ORDERED.

Date:  June 12, 2013

_____
Judge Charles R. Breyer

[Stamp: IT IS SO ORDERED. Judge Charles R. Breyer. UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

**Attestation**

In accordance with N.D. Cal. General Order No. 45, X.B., the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

JOINT STIPULATION RE BRIEFING SCHEDULE FOR PLAINTIFF EDD OZARD'S MOTION TO DISMISS CLAIMS WITH PREJUDICE; [PROPOSED] ORDER