Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California 94301
Telephone: + 1 (650) 463-4000
Facsimile: + 1 (650) 463-4199
robert.hawk@hoganlovells.com

Douglas M. Schwab (Bar No. 43083))
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., 22nd Floor
San Francisco, California 94111
Telephone: + 1 (415) 374-2301
Facsimile: + 1 (415) 374-2499
douglas.schwab@hoganlovells.com

Robin Wechkin (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
8426 316th Pl. SE
Issaquah, Washington 98027
Telephone: +1 (425) 222-0595
robin.wechkin@hoganlovells.com

Attorneys for Defendant
CONAGRA FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI JONES, CHRISTINE STURGES, and EDD OZARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No. 12-cv-1633-CRB<br><br>**STIPULATION AND ORDER SETTING NEW BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Hon. Charles R. Breyer |

Plaintiffs and Defendant ConAgra Foods, Inc. ("ConAgra"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. Pursuant to the Court's April 29, 2013 Order granting the parties' stipulation regarding scheduling (Dkt. 104), Plaintiffs' motion for class certification is due July 8, 2013, any opposition or response is due September 9, 2013, any reply is due September 23, 2013, and the Class Certification Hearing is set for October 18, 2013 at 10:00 a.m.

2. On July 2, 2013, Plaintiffs filed an *Ex Parte* Application To Modify Briefing Schedule On Plaintiffs' Motion For Class Certification (Dkt. 116) seeking to extend all deadlines relating to the class certification motion by 45 days so that Plaintiffs would have sufficient time to review and evaluate corrections to Stephanie Kensicki's testimony and determine how to respond.

3. In order to facilitate the parties' ability to reconvene Ms. Kensicki's deposition to address the corrections to her deposition testimony, if Plaintiffs desire, ConAgra has agreed to make Ms. Kensicki available promptly for a deposition (possibly via telephone) to address such corrections.

4. Counsel for the parties have conferred and agreed, subject to Court approval, to jointly propose that the briefing schedule be modified so that Plaintiffs' motion for class certification is due August 7, 2013, ConAgra's opposition is due October 9, 2013, and Plaintiffs' reply is due October 30, 2013.

5. The parties have agreed, subject to Court approval, to jointly propose that the hearing date for Plaintiffs' motion for class certification be rescheduled to November 15, 2013.

**IT IS SO STIPULATED.**

Dated: July 3, 2013                    HOGAN LOVELLS US LLP

                                       By:  */s/ Robert B. Hawk*
                                            Robert B. Hawk
                                            Attorneys for Defendant
                                            CONAGRA FOODS, INC.

Dated: July 3, 2013

                                       By:  */s/ David Shelton*
                                            David Shelton
                                            Attorneys for Plaintiffs

    I, Robert B. Hawk, attest that David Shelton has approved the Stipulation And [Proposed] Order Setting New Briefing Schedule For Plaintiffs' Motion For Class Certification and consents to its filing in this action.

# **ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court orders that Plaintiffs' motion for class certification is due August 7, 2013, ConAgra's opposition is due October 9, 2013, and Plaintiffs' reply is due October 30, 2013.  The Court further orders that the hearing on Plaintiffs' Motion for Class Certification shall be on November 15, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  July 9,  2013



_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT