Robert B. Hawk (Bar No. 118054)
Stacy R. Hovan (Bar No. 271485)
HOGAN LOVELLS US LLP
525 University Avenue, 4th Floor
Palo Alto, California  94301
Telephone:  + 1 (650) 463-4000
Facsimile:  + 1 (650) 463-4199
robert.hawk@hoganlovells.com

Douglas M. Schwab (Bar No. 43083))
HOGAN LOVELLS US LLP
4 Embarcadero Ctr., 22nd Floor
San Francisco, California 94111
Telephone:  + 1 (415) 374-2301
Facsimile:  + 1 (415) 374-2499
douglas.schwab@hoganlovells.com

Robin Wechkin (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
8426 316th Pl. SE
Issaquah, Washington 98027
Telephone:  +1 (425) 222-0595
robin.wechkin@hoganlovells.com

Attorneys for Defendant
CONAGRA FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI JONES, CHRISTINE STURGES, and EDD OZARD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No. 12-cv-1633-CRB<br><br>**STIPULATION AND ORDER SETTING NEW BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR SEVERANCE**<br><br>The Hon. Charles R. Breyer |

Plaintiffs and Defendant ConAgra Foods, Inc. ("ConAgra"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. On August 8, 2013, Plaintiffs filed a Motion For Severance Of Claims Of Plaintiffs Levi Jones And Edd Ozard (Dkt. No. 127) ("Motion for Severance") set for hearing on October 4, 2013 at 10:00 a.m.  ConAgra's opposition is currently due August 21, 2013, and Plaintiffs' reply is currently due August 28, 2013.

2. Counsel for the parties have conferred and agreed, subject to Court approval, to jointly propose that the hearing and briefing schedule for the Severance Motion be modified to have the same deadlines as those previously set by Court Order (Dkt. No. 118) for Plaintiffs' motion for class certification; specifically, the parties propose that ConAgra's opposition to the Motion for Severance be due October 9, 2013, and Plaintiffs' reply be due October 30, 2013.

3. The parties have further agreed, subject to Court approval, that the hearing date for Plaintiffs' Motion for Severance be rescheduled to the same date as the hearing on Plaintiffs' motion for class certification, i.e., November 15, 2013 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated:  August 13, 2013                            HOGAN LOVELLS US LLP

                                         By:   */s/ Robert B. Hawk*
                                                Robert B. Hawk
                                                Attorneys for Defendant
                                                CONAGRA FOODS, INC.

Dated:  August 13, 2013

                                         By:   */s/ David Shelton*
                                                David Shelton
                                                Attorneys for Plaintiffs


### SIGNATURE ATTESTATION

I, Robert B. Hawk, attest that David Shelton has approved the Stipulation And [Proposed] Order Setting New Briefing Schedule And Hearing Date For Plaintiffs' Motion For Severance and consents to its filing in this action.

                                         By:   */s/ Robert B. Hawk*
                                                Robert B. Hawk

---

1
STIPULATION AND [PROPOSED] ORDER SETTING NEW BRIEFING SCHEDULE AND HEARING DATE;
CASE NO. 12-cv-1633-CRB

\\029207/000022 - 1063251 v2

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court orders that ConAgra's opposition to Plaintiffs' Motion for Severance is due October 9, 2013, and that Plaintiffs' reply is due October 30, 2013.  The Court further orders that the hearing on Plaintiffs' Motion for Severance shall be on November 15, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   August 15, 2013

_____
The Honorable C[...]
UNITED STATES [...]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*