Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 369-0800
Fax: (408) 369-0752
pgore@prattattorneys.com

David W. Shelton (*pro hac vice*)
ATTORNEY AT LAW
1223 Jackson Avenue East, Suite 202
P.O. Box 2541
Oxford, MS 38655
Telephone: (662) 281-1212
david@davidsheltonpllc.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI JONES and CHRISTINE STURGES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No. 12-cv-1633-CRB<br><br>**STIPULATION AND ORDER SETTING NEW BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO STRIKE AND MOTION FOR ATTORNEY FEES**<br><br>The Hon. Charles R. Breyer |

*IT IS SO ORDERED AS MODIFIED*
Judge Charles R. Breyer

Plaintiffs and Defendant ConAgra Foods, Inc. ("ConAgra"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1.  On September 9, 2013, Defendant filed a Motion to Strike Class Claims (Dkt. No. 138) ("Motion to Strike") and a Motion for Attorney Fees (Dkt. No. 140).  These motions are set for hearing on October 18, 2013 at 10:00 a.m.

2.  Counsel for the parties have conferred and agreed, subject to Court approval, to jointly propose that the briefing schedule and hearing for the Motion to Strike and Motion for Attorney Fees be modified to have the same deadlines as those previously set by Court Order (Dkt. No. 118) for Plaintiffs' Motion for Class Certification; specifically, the parties propose that Plaintiffs' oppositions to the Defendant's Motion to Strike and Motion for Attorney Fees be due October 9, 2013, and Defendant's reply be due October 30, 2013.

3.  The parties have further agreed, subject to Court approval, that the hearing date for Defendant's Motion to Strike and Motion for Attorney Fees be rescheduled to the same date as the hearing on Plaintiffs' Motion for Class Certification, i.e., November 15, 2013 at 10:00 a.m.

**IT IS SO STIPULATED.**

Dated:  September 20, 2013         HOGAN LOVELLS US LLP

                                   By:  */s/ Robert B. Hawk*
                                        Robert B. Hawk
                                        Attorney for Defendant
                                        CONAGRA FOODS, INC.

Dated:  September 20, 2013

                                   By:  */s/ David Shelton*
                                        David Shelton
                                        Attorney for Plaintiffs

**SIGNATURE ATTESTATION**

I, David Shelton, attest that Robert Hawk, counsel for Defendant, has approved the Stipulation And [Proposed] Order Setting New Briefing Schedule and Hearing Date For Defendant's Motion to Strike and Motion for Attorney Fees and consents to its filing in this action.

                                   By:  */s/ David Shelton*
                                        David Shelton

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court orders that Plaintiffs' oppositions to Defendant's Motion to Strike and Motion for Attorney Fees are due October 9, 2013, and that Defendant's replies to the same are due October 30, 2013.  The Court further orders that the hearing on Defendant's Motion to Strike, Motion for Attorney Fees and the Plaintiff's Motion to Sever and Motion to Certify Class shall be on November 22, 2013 at 10:00 a.m. for November 22, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   October 2, 2013

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT



IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer