Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 369-0800
Fax: (408) 369-0752
pgore@prattattorneys.com

David W. Shelton (*pro hac vice*)
ATTORNEY AT LAW
1223 Jackson Avenue East, Suite 202
P.O. Box 2541
Oxford, MS 38655
Telephone: (662) 281-1212
david@davidsheltonpllc.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LEVI JONES and CHRISTINE STURGES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

CONAGRA FOODS, INC.,

Defendant.

Case No. 12-cv-1633-CRB

**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING NEW BRIEFING SCHEDULE AND HEARING DATE**

The Hon. Charles R. Breyer

Plaintiffs and Defendant ConAgra Foods, Inc. ("ConAgra"), by and through their respective counsel of record, enter into the following stipulation, based upon the recitals below:

1. On August 7, 2013, Plaintiff filed a Motion for Class Certification (Dkt. No. 128). On October 9, 2013, Defendant filed its Response to Plaintiff's Motion, along with various declarations, exhibits, and an Administrative Motion to File Under Seal (Dkt. No. 148-153). The Motion for Class Certification was previously set for hearing on November 15, 2013. The Court reset the hearing for November 22, 2013 at 10:00 a.m. (*See* docket entry on October 7, 2013.)

2. Counsel for ConAgra is unavailable on November 22, 2013 and has requested a new hearing date.

3. Counsel for Plaintiff requests additional time to file the Reply Brief in Support of the Motion for Class Certification based on the volume of Defendant's declarations and exhibits.

4. Counsel for the parties have conferred and agreed, subject to Court approval, to the following:

a. The briefing schedule will be modified so that Plaintiff's Reply Briefs in Support of the Motion for Class Certification and Motion to Sever, and Defendant's Reply Briefs in Support of the Motion to Strike and Motion for Attorneys' Fees will be due on November 8, 2013; and

b. The hearing on all pending motions, including Plaintiffs' Motion for Class Certification and Motion to Sever, and Defendant's Motion to Strike and Motion for Attorneys' Fees, be continued to December 13, 2013.

**IT IS SO STIPULATED.**

Dated: October 22, 2013

HOGAN LOVELLS US LLP

By: */s/ Robert B. Hawk*
Robert B. Hawk
Attorney for Defendant
CONAGRA FOODS, INC.

Dated: October 22, 2013

By: */s/ David Shelton*
David Shelton
Attorney for Plaintiffs

**SIGNATURE ATTESTATION**

I, David Shelton, attest that Robert Hawk, counsel for Defendant, has approved the Stipulation And [Proposed] Order Setting New Briefing Schedule and Hearing Date and consents to its filing in this action.

By: */s/ David Shelton*
David Shelton

**ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the Court orders that Plaintiff's Reply Briefs in Support of Motion for Class Certification and Motion to Sever, and Defendant's Reply Briefs in Support of the Motion to Strike and Motion for Attorneys' Fees are due November 8, 2013. The Court further orders that the hearing on all pending motions, including Plaintiffs' Motion for Class Certification and Motion to Sever, and Defendant's Motion to Strike and Motion for Attorneys' Fees, shall be on December 13, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 23, 2013




The Ho
UNITE URT