# **ORDER**

The Court hereby orders that the request of Defendant ConAgra Foods, Inc. to substitute A. Brooks Gresham of McGuireWoods LLP as attorney of record instead of Robert B. Hawk, Hogan Lovells US LLP, and to permit the withdrawal of Hogan Lovells US LLP as counsel in this matter, is HEREBY GRANTED. The following lawyers shall be removed from the electronic mail notification list for this action:

> Robert B. Hawk (Bar No. 118054)
> robert.hawk@hoganlovells.com
>
> Douglas M. Schwab (Bar No. 43083)
> douglas.schwab@hoganlovells.com
>
> Benjamin T. Diggs (Bar No. 245904)
> benjamin.diggs@hoganlovells.com
>
> Stacy R. Hovan (Bar No. 271485)
> stacy.hovan@hoganlovells.com

Dated: June 13, 2014

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer