1

Ben F. Pierce Gore (SBN 128515)
2  PRATT & ASSOCIATES
1871 The Alameda, Suite 425
3  San Jose, CA  95126
Telephone:  (408) 429-6506
4  Fax:  (408) 369-0752
pgore@prattattorneys.com
5

6  *Attorneys for Plaintiffs*

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

LEVI JONES and CHRISTINE STURGES,          Case No.  12-CV-1633 CRB
12  individually and on behalf of all others similarly
situated,                                       **ORDER OF**
13
                  Plaintiffs,               **VOLUNTARY  DISMISSAL**
14
         v.
15
CONAGRA FOODS, INC.,
16
                  Defendant.
17

18

19

20

21

22

23

24

25

26

27

28
                                       -1-

1    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

2        The above-captioned case is dismissed with prejudice pursuant to Federal Rule of Civil

3    Procedure 41(a)(2), with each side to bear their own costs.

4

5    Dated:  July 8, 2014

     _____
     Honorable Charles R. Breyer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              -2-