Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEVI JONES and CHRISTINE STURGES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS, INC.,<br><br>Defendant. | Case No. CV 12-01633 CRB<br><br>**PLAINTIFFS' NOTICE OF APPEAL WITH NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

Plaintiffs, Christine Sturges and Levi Jones, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the June 13, 2014 Order of the District Court Denying Plaintiffs' Motions for Class Certification (Dkt. #229) and the District Court's July 8, 2014 Order of Dismissal (Dkt. #232), dismissing the action with prejudice. The class certification order is appealable because the District Court subsequently dismissed the entire action with prejudice, pursuant to FED. R. CIV. P. 41(a)(2), in accordance with the parties' stipulation. The dismissal order is a final appealable order. *See Berger v. Home Depot USA, Inc.,* 741 F. 3d 1061 (9th Cir. 2014).

Dated: July 14, 2014.

Respectfully submitted,

 /s/ *Pierce Gore*
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 429-6506
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorney for Plaintiff*

**RULE 3-2 REPRESENTATION STATEMENT**

1. Plaintiffs-Appellants, Levi Jones and Christine Sturges, are represented by:

   Ben F. Pierce Gore (SBN 128515)
   PRATT & ASSOCIATES
   1871 The Alameda, Suite 425
   San Jose, CA 95126
   (408) 429-6506
   pgore@prattattorneys.com

   David Shelton (*pro hac vice*)
   DAVID SHELTON, PLLC
   1223 Jackson Avenue East, Ste. 202
   P.O. Box 2541
   Oxford, MS 38655
   (662) 281-1212
   david@davidsheltonpllc.com

   Dewitt Marshall Lovelace, Sr. (*pro hac vice*)
   Valerie M. Lauro Nettles (*pro hac vice*)
   LOVELACE LAW FIRM, P.A.
   12870 U.S. Hwy 98 W.
   Suite 200
   Miramar Beach, FL 32550
   (850) 837-6020
   dml@lovelacelaw.com
   valerie@lovelacelaw.com

   Brian K. Herrington (*pro hac vice*)
   DON BARRETT, P.A.
   P.O. Box 927
   404 Court Square North
   Lexington, MS 39095
   (662) 834-7116
   bherrington@barrettlawgroup.com

2. Defendant-Appellee, ConAgra Foods, Inc., is represented by:

   Laura E. Coombe (SBN 260663)
   McGuireWoods LLP
   1800 Century Park East, 8th Floor
   Los Angeles, CA 90067
   310-315-8200
   lcoombe@mcguirewoods.com

   A. Brooks Gresham (SBN 155954)
   McGuireWoods LLP
   1800 Century Park East, 8th Floor
   Los Angeles, CA 90067
   310.315.8291
   bgresham@mcguirewoods.com

-4-

| | |
|---|---|
| 1 | Angela M. Spivey (*pro hac vice*) |
| 2 | McGuireWoods LLP |
|   | 1230 Peachtree Street, NE |
| 3 | Promenade, Suite 2100 |
|   | Atlanta, GA 30309-3534 |
| 4 | 404-443-5720 |
| 5 | aspivey@mcguirewoods.com |
| 6 | Joan Shreffler Dinsmore (SBN 245629) |
|   | McGuireWoods LLP |
| 7 | 434 Fayetteville Street |
|   | Suite 2600 |
| 8 | P.O. Box 27507 (27611) |
|   | Raleigh, NC 27601 |
| 9 | 919-755-6693 |
| 10 | jdinsmore@mcguirewoods.com |

Dated: July 14, 2014.

**CERTIFICATE OF SERVICE BY CM/ECF**

I hereby certify that on July 14, 2014, I served PLAINTIFF'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT by electronically filing the foregoing document listed above by using the Case Management/Electronic Case filing system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

/s/ *Pierce Gore*
Ben F. Pierce Gore