**FILED**

UNITED STATES COURT OF APPEALS

NOV 17 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEVI JONES and CHRISTINE STURGES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CONAGRA FOODS, INC.,<br><br>        Defendant - Appellee. | No. 14-16327<br><br>D.C. No. 3:12-cv-01633-CRB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellant's motion for voluntary dismissal of this case is granted. This case is dismissed with prejudice pursuant to Federal Rule of Appellate Procedure 42(b).

A copy of this order shall act as and for the mandate of this court.

                      For the Court:

                      MOLLY C. DWYER
                      Clerk of the Court

                      Linda K. King
                      Deputy Clerk
                      Ninth Cir. R. 27-7/Advisory Note to Rule 27
                         and Ninth Circuit Rule 27-10